ALANA W. ROBINSON
Acting U.S. Attorney
REBECCA S. KANTER
Assistant U.S. Attorney
California Bar No.: 230257
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7304
Fax: (619) 546-0450
Email: rebecca.kanter@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HARRINGTON (1),<br><br>Defendant. | Case No.: 17CR0488-001-MMA<br><br>UNITED STATES' MOTION TO SHORTEN TIME<br><br>Date: October 23, 2017<br>Time: 9:00 a.m.<br>Courtroom: Schwartz, 3D<br><br>**THE HON. MICHAEL M. ANELLO** |

The UNITED STATES OF AMERICA, by and through its counsel, Alana W. Robinson, Acting United States Attorney, and Rebecca S. Kanter, Assistant U.S. Attorney, hereby moves this court for an order shortening time to allow the filing of the United States' Sentencing Memorandum on Thursday, October 19, 2017.

This application is made for the following reasons:

(1) Anticipating a complex and potentially adversarial sentencing, the parties had agreed to file sentencing memorandum on October 2, 2017 in order the have time to file responses to those memos on October 16, 2017. See ECF No. 94.

(2) Whether sentencing would even proceed, however, was conditioned on the parties coming to an agreement that renegotiated terms related to restitution and forfeiture, based on the requests of Defendants Mayer and Harrington. The undersigned AUSA provided drafts of the plea addendum reflecting the renegotiated terms to defense counsel on October 2, 2017, and final, approved plea addendum reflecting defense counsel's

additional edits on October 5, 2017. The undersigned AUSA did not receive Harrington's signed addendum until Tuesday, October 17, 2017, and filed it the same day. ECF No. 122. Therefore, the earliest the United States could have filed its sentencing memorandum, a draft of which was prepared in advance, reflecting the revised terms of the agreement was October 17, 2017.

(3) However, as detailed in the United States' Motion to Shorten Time as to co-Defendant Mayer, in the intervening period, co-Defendant Mayer filed a sentencing memorandum including new information and claims that required an extensive investment of time and resources between October 17, 2017 and October 19, 2017 in order to appropriately respond to. ECF No. 130. This delayed the undersigned AUSA's ability to complete and file Harrington's sentencing memorandum.

(4) The undersigned AUSA has endeavored to prepare sentencing papers as diligently, thoroughly and timely as possible, despite the aforementioned difficulties, delays and continuing lack of information.

Based on the above facts, the United States respectfully requests this Court's indulgence for the tardy filing and asks this Court to grant the motion to shorten time.

DATED: October 19, 2017.

Respectfully submitted,

ALANA W. ROBINSON
Acting United States Attorney

/s/ *Rebecca Kanter*
REBECCA S. KANTER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY HARRINGTON (1),<br><br>Defendant. | Criminal Case No. 17CR0488-001-MMA<br><br>CERTIFICATE OF SERVICE |

I, REBECCA S. KANTER, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action. I have caused service of the **United States' Motion to Shorten Time to File Sentencing Memorandum** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

(1) **Gregory A. Vega, Seltzer Caplan McMahon & Vitek**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2017.

s/ *Rebecca S. Kanter*
REBECCA S. KANTER
Assistant U.S. Attorney